```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION
```

BRENDA BEASLEY                                         PLAINTIFF

VS.                          CIVIL ACTION NO. 3:09CV764TSL-MTP

MICHAEL J. ASTRUE, COMMISSIONER                        DEFENDANT
SOCIAL SECURITY ADMINISTRATION


                              ORDER

    This cause is before the court on the magistrate judge's February 23, 2012 report and recommendation.  The government having advised that it will not object and the court having reviewed the report and recommendation, the court hereby adopts, as its own opinion, the magistrate judge's report and recommendation with the clarification that plaintiff's motion for summary judgment, which sought reversal of the administrative law judge and remand for further proceedings, is entitled to be granted in toto.

    Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Judge Michael T. Parker  entered on or about February 23, 2012, be, and the same is hereby, adopted as the finding of this court.  It is further ordered that plaintiff's motion for summary judgment is granted such that the decision of the Administrative Law Judge is reversed and the case is remanded for further administrative proceedings consistent with the court's opinion.  It is further ordered that the Commissioner's motion to affirm is denied.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 1st day of March, 2012.

                                                /s/Tom S. Lee
                                            UNITED STATES DISTRICT JUDGE